Hand-Delivered

FILED
CHARLOTTE, NC

MAY 1 9 2017

US District Court
Western District of NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:17cv208

John Bernhardt

Plaintiff,

vs.

COMPLAINT

First Health of the Carolina's

Defendant(s).

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

B. PARTIES
1. Name of Plaintiff: John P. Bernhardt Jr.
   Address: 150 Maranatha Circle
   Spring Lake, NC 28390

2. Name of first Defendant: First Health of the Carolina's
   Address:
   Pinehurst, NC

3. Name of second Defendant: _____
   Address:

4. Name of third Defendant: _____
   Address:

(Use additional sheets if necessary.)

C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   Pinehurst, NC

2. The discriminatory acts occurred on or about:

   03/05/17 (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

   _09/10/15_ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

   _02/24/17_ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _____ Failure to promote me.
   c. _X_ Termination of my employment.
   d. _____ Demotion.
   e. _____ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. _X_ General harassment.
   h. _X_ Other acts (Be specific: Attach an additional sheet if necessary)

   Failure to provide reasonable accomodations for a self-reported disability which was disclosed after hire, where previous accomodations were provided. Unwilling to comply with pre-existing accomodations.

6. Defendant's conduct is discriminatory with respect to:
   a. _X_ my race
   b. _____ my color
   c. _____ my sex
   d. _____ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES _X_    NO _____

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

   Count 1: _Refused to acknowledge pre-existing accomodations_

   Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   _Documented sessions with Employee Assistance beginning shortly after hire date of 12/03/14_

   Count 2: _____

   Supporting Facts:

## E. INJURY

How have you been injured by the actions of the defendant(s)?
_Mental and Emotional distress, requiring Emergency care and intervention, mental instability, inability to cope_

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES _____ NO _X_

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): _N/A_

Defendant(s): _N/A_

2. Name of court and case or docket number: _N/A_

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
   _N/A_

4. Issues raised:
   _N/A_

5. When did you file the lawsuit? _N/A_ (Date: Month/Year)

6. When was it (will it be) decided? _N/A_

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? _N/A_

YES _____ NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

N/A

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

~~N/A~~ 7pb 05/19/17 Backpay for hours lost when returning to work following intensive outpatient treatment, Compensation for pain and suffering, Requirement of employer neutral reference, notification of disciplinary actions taken against any parties involved

### JURY TRIAL REQUESTED

YES  X        NO  _____

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at  Charlotte  on  05/19/17 .
  (Location)               (Date)

_____
Signature